JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE TOWNSEND, | Case No.  CV11-3555 RSWL (AJWx) |
| Plaintiff, | **ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| THOMSON REUTERS GROUP DISABILITY INCOME INSURANCE PLAN; HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendants. | |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties.  The parties are to bear their own respective attorneys' fees and costs.

DATED:  October 24, 2012

RONALD S.W. LEW
_____
HON. RONALD S.W. LEW
Judge, United States District Court

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4840-0725-1217 v1

- 1 -

CASE NO.  CV11-3555 RSWL (AJWx)
ORDER RE STIPULATION FOR DISMISSAL OF
ACTION WITH PREJUDICE